STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-00138-EMC |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MAY 5, 2021 TO JUNE 9, 2021 AND [PROPOSED] ORDER |
| v. | |
| BRYAN TEED, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Bryan Teed, that time be excluded under the Speedy Trial Act from May 5, 2021 through June 9, 2021.

At the status conference held on May 5, 2021, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the proposed plea agreement with the defendant and providing the government additional mitigation matters. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until June 9, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 5, 2021 through June 9, 2021 from

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 7, 2021                                     /s/ Anne C. Hsieh
                                                        **ANNE C. HSIEH**
                                                        Assistant United States Attorney

DATED: May 7, 2021                                     /s/ Joyce Leavitt
                                                        **JOYCE LEAVITT**
                                                        Counsel for Defendant Bryan Teed

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on May 5, 2021 and for good cause shown, the Court finds that failing to exclude the time from May 5, 2021 through June 9, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 5, 2021 to June 9, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 5, 2021 through June 9, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: May 10, 2021                                    _____
                                                        **HON. EDWARD M. CHEN**
                                                        United States District Judge