GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Cellular telephone:	(415) 517-4879
Email:	Joyce_Leavitt@fd.org

Counsel for Defendant TEED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN TEED,<br><br>Defendant. | Case No.: CR 21–0138 EMC<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING TO FEBRUARY 10, 2022** |

    IT IS HEREBY STIPULATED, by and between the parties to this action that the sentencing for defendant Bryan Teed currently scheduled for January 13, 2022, before Honorable Edward M. Chen, be continued to Thursday, February 10, 2022, at 10:30 a.m. for sentencing. The reason for the request is that individuals with whom Mr. Teed resides have tested positive for COVID-19 within the past week. Out of an abundance of caution, the parties agree and stipulate that the in-person sentencing date should be continued for this reason. Undersigned counsel has conferred with Probation Officer Katrina Chu who is also available for sentencing should the Court continue it to February 10, 2022.

IT IS SO STIPULATED.

Dated: January 10, 2022

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: January 10, 2022

STEPHANIE M. HINDS
United States Attorney
Northern District of California

/S/
ANKUR SHINGAL
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN TEED,<br><br>Defendant. | Case No.: CR 21–0138 EMC<br><br>**ORDER TO CONTINUE SENTENCING TO FEBRUARY 10, 2022** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing for defendant Bryan Teed currently scheduled for January 13, 2022, before Honorable Edward M. Chen, is hereby continued to Thursday, February 10, 2022, at 10:30 a.m. for sentencing.

**IT IS SO ORDERED.**

Dated: 1/12/2022

HON. EDWARD M. CHEN
United States District Judge