IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21–0138 EMC |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE SENTENCING TO MARCH 10, 2022 |
| v. | |
| BRYAN TEED, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing for defendant Bryan Teed currently scheduled for February 10, 2022, before Honorable Edward M. Chen, is hereby continued to Thursday, March 10, 2022, at 10:00 a.m. for sentencing.

**IT IS SO ORDERED.**

Dated:   February 9, 2022

_____
HON. EDWARD M. CHEN
United States District Judge